P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
02 1R
0002003152    FEB 02 2015
MAILED FROM ZIP CODE 78701    $ 00.40⁶

RE: PD-1335-14

MICHAEL JOSEPH FINN
POLUNSKY UNIT - TDC# 1919109
3872 FM 350 S.
LIVINGSTON, TX 77351

RTS
not on unit

REF